Hillsborough, }
Nov. 6, 1917. }

### ARTHUR H. KITCHENER v. LESTER E. McDUFFIE.

CASE, for alienation of the affections of the plaintiff's wife. Trial by jury and verdict for the plaintiff. Transferred by *Branch*, J., from the January term, 1917, of the superior court, upon exceptions to the argument of plaintiff's counsel. The argument being based upon the evidence the order was

*Exceptions overruled.*

*Doyle & Lucier*, for the plaintiff.

*George W. Clyde*, for the defendant.